# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-5924-GW-PVCx | Date | December 4, 2023 |
| Title | *Lamar Myers v. Stuart Sackley, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On December 1, 2023, Plaintiff Lamar Myers filed a Notice of Settlement [12]. The Court hereby vacates the order to show cause issued on November 21, 2023, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for January 8, 2024 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on January 4, 2024.

                                                                                                                    :
Initials of Preparer   JG